IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES E. HART, et al.
    Plaintiffs,
v.
J. ANTHONY LOGAN, et al.
    Defendants.

Case No. 2:09-cv135
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

### ORDER

This matter is before the Court for consideration of the parties' Agreed Motion For Dismissal with Prejudice. (Document 30.) The motion is hereby **GRANTED.** This case is hereby **DISMISSED**, and the Clerk is **DIRECTED** to enter judgment.

**IT IS SO ORDERED.**

11-30-2009
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**